People v Holmes (2025 NY Slip Op 04661)

People v Holmes

2025 NY Slip Op 04661

Decided on August 13, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 13, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
ANGELA G. IANNACCI
ROBERT J. MILLER
JAMES P. MCCORMACK, JJ.

2016-00571
 (Ind. No. 8968/13)

[*1]The People of the State of New York, respondent,
v
Tremaine Holmes, appellant.

Justin Bonus, Forest Hills, NY, for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Marie John of counsel), for respondent.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 26, 2018 (People v Holmes, 167 AD3d 1039), affirming a judgment of the Supreme Court, Kings County, rendered January 4, 2016.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
CONNOLLY, J.P., IANNACCI, MILLER and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court